

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Winnett and Kim Leidy, Appellants

No. 06-13-00085-CV          v.

Gary Kavan, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CV-2012-7047). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED OCTOBER 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk